THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-566-FL

SHARON MCCORMICK, §
§
    Plaintiff, §
§
v. §
§
C. R. BARD, INC., §
§
    Defendant. §

## ORDER

Upon consideration of the Parties' Joint Motion to Stay Discovery and All Pretrial Deadlines (the "Joint Motion"), and it appearing to the Court that granting the relief would be just and proper, it is,

ORDERED that the Joint Motion is GRANTED and that discovery and all pretrial deadlines are hereby stayed for 30 days from entry of this Order.

SO ORDERED this 27th day of February, 2020.

_____
HON. JUDGE LOUISE WOOD FLANAGAN