IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(WESTERN DIVISION)
No. 5:19-cv-00566-FL

| | |
|---|---|
| SHARON MCCORMICK, | ) |
| Plaintiff, | ) |
| v. | ) |
| C. R. BARD, INC., | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO EXTEND THE STAY OF DISCOVERY AND ALL PRETRIAL DEADLINES

Upon consideration of the Parties' Joint Motion to Extend the Stay of Discovery and All Pretrial Deadlines (the "Joint Motion"), and it appearing to the Court that granting the relief would be just and proper, it is,

ORDERED that the Joint Motion is GRANTED and that discovery and all pretrial deadlines hereby remain stayed until July 29, 2020.

SO ORDERED this 12th day of June, 2020.

*/s/ Louise W. Flanagan*
HON. JUDGE LOUISE WOOD FLANAGAN